**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BOARDS OF TRUSTEES OF THE OHIO**
**LABORERS BENEFITS,**

       **Plaintiff,**

    **v.**

**SANVELY EXCAVATING COMPANY,**

       **Defendant.**

**Civil Action 2:25-cv-20**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court upon Plaintiffs' Motion to Accelerate Discovery under Rules 26(d)(1) and 34(b)(2)(A) of the Federal Rules of Civil Procedure. (ECF No. 9). Defendant has failed to appear or otherwise defend this action. (ECF No. 6.) Plaintiffs have asserted that, before they can move for default judgment, they need to serve requests for production of documents and obtain deposition testimony to determine the exact amount of money owed to Plaintiffs.

Having been sufficiently advised, it is hereby **ORDERED** that (a) Defendant Snavely Excavating Company shall respond to requests for production of documents served by Plaintiffs within thirty (30) days after service, (b) Defendant shall designate a knowledgeable representative under Rule 30(b)(6) to appear for a deposition under Rule 30(b)(3), with a stenographic court reporter, on Wednesday, June 11, 2025 at 1:00 p.m. at Mangano Law Offices, 4030 Smith Road, Suite 200, Cincinnati, Ohio 45209; and it is further **ORDERED** that Plaintiffs

2

shall be responsible for service of this Order, their requests for production of documents, and

deposition notices upon Defendant.

    **IT IS SO ORDERED.**


                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE